AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | |
|---|---|
| United States of America | ) |
| v. | )   Case No   26-00280-SCC |
| | ) |
| DANIEL DIAZ-RODRIGUEZ | ) |
| Defendant | ) |

**RECEIVED & FILED**
**CLERK'S OFFICE**
**JUL 0 2 2026**
US DISTRICT COURT
SAN JUAN, PR

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  6/11/26

_____
Defendant's signature

_____
Signature of defendant's attorney

Javier A. Cuyar-Olivo, Esq.
Printed name of defendant's attorney

_____
Judge's signature

_____
Judge's printed name and title

| Print | Save As... | | Reset |
|---|---|---|---|