UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br><br>DANIEL DIAZ-RODRIGUEZ,<br>Defendant. | **INFORMATION**<br><br>**CRIMINAL NO.** 26- 280 ( SCC )<br><br>**VIOLATION:** 18 U.S.C. § 1349<br>(Wire Fraud Conspiracy)<br><br>**FORFEITURE:** 18 U.S.C. § 982<br><br>**ONE COUNT** |

THE UNITED STATES ATTORNEY CHARGES:

## GENERAL ALLEGATIONS

At all times material to this Information:

1.     The Puerto Rico Department of Treasury (PRDT, *Departamento de Hacienda de Puerto Rico*) is an agency within the executive department of the government of Puerto Rico established by Article IV, Section 6 of the Puerto Rico Constitution, responsible for the treasury of the Commonwealth of Puerto Rico.

2.     Person A was engaged in the business of charging customers to unlawfully submit false tax information to the PRDT and unlawfully bribe and otherwise pay PRDT employees and tax preparers to create and submit materially false information to the PRDT for the elimination of taxes owed, evasion of taxes, and theft of funds by individuals and corporations.

3.     Individual 2 was an employee at the PRDT with duties and responsibilities that included, but were not limited to, physically and electronically accessing and reviewing tax

1

returns and documents related to invoicing and collection of owed taxes. He also had privileged employee access to the PRDT's online platform, the Internal Revenue Unified System (GenTax/SURI), and was experienced and able to access, monitor, and modify taxpayer information, including creating taxpayer credits, modifying income tax, employee retention tax and sales tax (*impuesto a las ventas or IVU*, by its Spanish acronym) information.

4.    Individual 3 was a tax preparer and former employee and tax technician at the PRDT residing in the Commonwealth of Puerto Rico.

5.    Defendant **DANIEL DIAZ-RODRIGUEZ** was a resident of the Commonwealth of Puerto Rico who worked as a car salesman for a luxury car brand in the metropolitan area.

## COUNT ONE
### Conspiracy; Wire Fraud
(Title 18, United States Code, Section 1349)

6.    The preceding paragraphs are re-alleged and incorporated herein by reference, as if fully set forth herein.

7.    From in or about November 2022 until in or about May 2023, in the District of Puerto Rico, defendant,

**DANIEL DIAZ-RODRIGUEZ,**

did knowingly and willfully combine, conspire, and agree with others known and unknown to the United States to commit wire fraud in violation of 18 U.S.C. § 1343.

### Purpose of the Conspiracy

8.    The purpose and object of the conspiracy was to devise and intend to devise a scheme and artifice to benefit and enrich himself, and defraud the PRDT by means of materially

2

false and fraudulent pretenses, representations, and promises, transmitting and causing to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds. The purpose and object of the conspiracy involved violations of 18 U.S.C. § 1343.

### Manner and Means of the Conspiracy

9. The manner and means by which Defendant **DANIEL DIAZ-RODRIGUEZ**, and others known and unknown to the United States, carried out the scheme included, but were not limited to, the following:

10. Defendant **DANIEL DIAZ-RODRIGUEZ**, and others known and unknown to the United States, communicated regularly via electronic means, including through WhatsApp, to coordinate and accomplish the creation and submission of materially false information to the PRDT and to deliver payments, for the elimination of taxes owed, evasion of taxes, and theft of funds.

11. Defendant **DANIEL DIAZ-RODRIGUEZ** negotiated and paid Individual 2 and Individual 3 a portion of the PRDT taxes owed and funds stolen through Person A for the creation and submission of materially false tax information to the PRDT in his personal tax returns for the years 2020, 2021, and 2022 to eliminate or reduce tax debts with the PRDT and/or illegally claim a tax refund, resulting in an approximate total loss to the PRDT exceeding $103,879.

12. Defendant **DANIEL DIAZ-RODRIGUEZ** willfully and knowingly paid Person A a percentage of the PRDT tax debt eliminated and funds stolen for Person A to coordinate

with Individual 2 and Individual 3 and pay them to create and submit false information to the PRDT in order to defraud the PRDT and evade taxation.

All in violation of 18 U.S.C. § 1349.

## FORFEITURE ALLEGATION

13.    The allegations contained in Count One herein are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

14.    Pursuant to Title 18; United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction on any counts from Count One charging violations of Title 18, United States Code, Section 1349, the defendants shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to said violations. The property to be forfeited includes, but is not limited to, an amount of money equal to the proceeds of the offense.

15.    If any of the property described above, as a result of any act or omission of the defendants:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

        c.    has been placed beyond the jurisdiction of the court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be divided without difficulty,

4

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section

2461(c).

W. STEPHEN MULDROW
United States Attorney

Seth A. Erbe
Assistant U.S. Attorney
Chief, Financial Fraud and
Public Corruption Section

Marie Christine Amy
Assistant United States Attorney